1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CONTRERAS

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                       SAN JOSE DIVISION

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA, | ) | No. CR 11-00876- EJD |
| | ) | |
| 10           Plaintiff, | ) | **JOINT STIPULATION AND** |
| | ) | **[PROPOSED] ORDER CONTINUING** |
| 11      v. | ) | **HEARING DATE AND EXCLUDING** |
| | ) | **TIME UNDER THE SPEEDY TRIAL** |
| 12  SERGIO CASPER CONTRERAS, | ) | **ACT** |
| | ) | |
| 13           Defendant. | ) | |
| | ) | |

15      Defendant, Sergio Casper Contreras and the government, through their respective

16  counsel, subject to the court's approval, hereby stipulate that the Court continue the status

17  hearing in the above-captioned matter, presently scheduled for April 2, 2012 at 1:30 p.m., to

18  April 23, 2012, at 1:30 p.m.  The parties continue to engage in investigation which is necessary

19  to further the discussions regarding settlement of the matter.  In addition, defense counsel

20  represents that he will not be available on April 2, 2012, because of other administrative

21  commitments.

22      The parties further agree and stipulate that time should be excluded from and including

23  April 2, 2012, through and including April 23, 2012, to provide counsel reasonable time to

24  prepare and continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and

25  (B)(iv). Accordingly, the United States and the defendant agree that granting the requested

26  exclusion of time will serve the interest of justice and outweigh the interest of the public and

Stipulation and [Proposed] Order
No. CR 11- 00876 - EJD                   1

1  defendant in a speedy trial.

2      IT IS SO STIPULATED.

3  Dated: March 29, 2012

4                                                 _____/s/_____
                                               MANUEL ARAUJO
                                               Assistant Federal Public Defender

5

6  Dated: March 29, 2012

7                                                 _____/s/_____
                                               EUMI CHOI
                                               Assistant United States Attorney

8

9  **[PROPOSED] ORDER**

10     GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

11 ORDERED that the status conference hearing in the above-captioned matter is continued from

12 April 2, 2012 at 1:30 p.m., to April 23, 2012, at 1:30 p.m.

13     THE COURT FINDS that failing to exclude the time between April 2, 2012, through and

14 including April 23, 2012, would unreasonably deny the defendant's continuity of counsel, and

15 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking

16 into account the exercise of due diligence.  It Is Further Found that the ends of justice served by

17 excluding the time between  April 2, 2012 and April 23, 2012, from computation under the

18 Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

19 Therefore,  the period of delay from April 2, 2012, through and including April 23, 2012, is

20 excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States

21 Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

22     IT IS SO ORDERED.

23 Dated: March __30__, 2012

24                                                _____
                                               HONORABLE EDWARD J. DAVILA

25                                                United States District Judge

26