MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00876 EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 23, 2012 THROUGH MAY 7, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |
| v. | ) | |
| SERGIO CONTRERAS, | ) | |
| Defendant. | ) | |

     A status hearing is currently set for April 23, 2012, on the Court's calendar. Due to on-going, final discussions between counsel about a potential resolution of the matter, the parties have agreed to seek to move the hearing date to May 7, 2012, if that date is available to the Court.

     The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably

deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April 18, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
EUMI L. CHOI
Assistant United States Attorney

_____/s/_____
MANUEL ARAUJO
Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from April 23, 2012, through May 7, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

 April 7, 2012
DATED:

EDWARD J. DAVILA
United States District Court Judge

CR 10-00876 EJD
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME                               2