# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Jose Venue**

---

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

---

**Name of Offender**
Sergio Casper Contreras

**Docket Number**
0971 5:11CR00876-001 EJD

**Name of Sentencing Judge:** The Honorable Edward J. Davila
United States District Judge

**Date of Original Sentence:** October 29, 2012

**Original Offense:**
Count One: Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2), a Class C Felony.

**Original Sentence:** 87 month custody, life time supervised release
**Special Conditions:** no alcohol, $100 special assessment fee; substance abuse treatment; search; search of computer and related devices; register as a sex offender; sex offender treatment; no pornography; no child pornography; not to loiter within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities; no contact with minors; not to be employed by a business that causes him to have regularly contacts with minors; not to be employed by a business whose principal product is the production of sexually explicit materials; employment must be approved by the USPO, not to reside within view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities ; no firearms; and submit to DNA collection.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release

**Date Supervision Commenced**
March 9, 2018

**Assistant U.S. Attorney**
Not Assigned

**Defense Counsel**
Manuel Araujo (AFPD)

---

**Petitioning the Court**

To modify the conditions of Supervised Release as follows:

1) You must not frequent, or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, without the approval of the probation officer.

2) You must not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, without the approval of the probation officer. Your residence shall be approved by the Probation Officer, and any change in residence must be preapproved by the Probation Officer. You must submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move.

**Cause**

Mr. Contreras commenced his term of supervised release on March 9, 2018. He has been residing at the City Team shelter since his release. The client's mother and brothers reside in a small one bedroom apartment in San Jose, California. Mr. Contreras has been working on rebuilding his relationships with his mother and siblings since his release and has made great progress. Mr. Contreras is requesting permission to reside with his mother and brothers at his mother's apartment. However, special conditions number eight and thirteen prohibit him from frequenting, loitering, and residing, within direct view of public swimming pools, and the client's mother and brothers reside in a small apartment complex where all the front doors and windows of all the units face the courtyard with swimming pool. Mr. Contreras is employed part time at Home Depot, and he is unable to secure his own apartment at this time. Although his mother's apartment is less than optimal, especially for four adults, it appears to be a much better living environment for the client versus the homeless shelter. Mr. Contreras' mother and brothers appear supportive of the client, and serve as a protective factor for him. They understand the client's restrictions and are willing to ensure the client is compliant with the terms of his supervision, including providing window coverings to minimize the view of the courtyard and pool. In view of the above, it is respectfully requested the Court modify the language in special conditions number eight and thirteen to allow the probation officer discretion to assess and provide approval to the client, based on his risks, needs, and his level of compliance to reside in a location in which he is in direct view of a public swimming pool. Attached is a signed Waiver of Hearing. Mr. Contreras voluntarily signed the Waiver of Hearing to allow the probation officer discretion to make the appropriate assessments related to conditions numbers eight and thirteen.

Respectfully submitted,

Janie Zhuang
U.S. Probation Officer Specialist

Reviewed by:

Amy Rizor
Supervisory U.S. Probation Officer

**RE:** Contreras, Sergio Casper
0971 5:11CR00876-001 EJD

Date Signed: November 2, 2018

---

THE COURT ORDERS:

☑ To modify the conditions of probation as follows:

1) You must not frequent, or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, without the approval of the probation officer.

2) You must not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, without the approval of the probation officer. Your residence shall be approved by the Probation Officer, and any change in residence must be preapproved by the Probation Officer. You must submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move.

☐ Submit a request for a warrant

☐ Submit a request for summons

☐ Other:

11/5/2018

Date

Edward J. Davila
United States District Judge


# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Sergio Casper Contreras
Docket No.: 0971 5:11CR00876-001 EJD

---

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision**

---

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1) You must not frequent, or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, without the approval of the probation officer.

2) You must not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18, without the approval of the probation officer. Your residence shall be approved by the Probation Officer, and any change in residence must be preapproved by the Probation Officer. You must submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Jose.

Signed: ______________________ Date: 10/18/2018
Probationer or Supervised Releasee

Witness: ______________________ Date: 10/18/18