UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO CASPER CONTRERAS,<br>Defendant. | Case No. 11-cr-00876-EJD-1   (VKD)<br><br>**ORDER OF DETENTION PENDING REVOCATION HEARING** |

In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a) and Federal Rule of Criminal Procedure 32.1, the United States moved for detention of defendant Sergio Casper Contreras, pending a hearing before the district judge on revocation of his supervised release. The Court held a detention hearing on April 27, 2022.

Mr. Contreras has waived written findings of fact and a written statement of the reasons for detention.

Having considered the factors set forth in 18 U.S.C. § 3142(g) and the matters in the petition, the proffers of counsel for Mr. Contreras and for the United States, and the verbal report of the probation officer, the Court concludes that detention is warranted. Fed. R. Crim. P. 32.1(a)(6). Accordingly, the Court orders Mr. Contreras detained pending a revocation hearing to be conducted pursuant to Fed. R. Crim. P. 32.1(b)(2). The Court's findings are as stated on the record at the detention hearing on April 27, 2022.

Mr. Contreras is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Contreras

shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Contreras to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: April 27, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2