JODI LINKER
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:  Severa_Keith@fd.org

Counsel for Defendant CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO CONTRERAS,<br><br>Defendant. | Case No.: CR 11-00876 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATION AND TO RESET AS COMBINED FIRST APPEARANCE AND SENTENCING HEARING** |

This case is currently set for an Initial Appearance before this Court at 1:30 p.m. on June 1, 2022, regarding alleged violations of the conditions of Sergio Contreras' supervised release. Specifically, Probation has alleged that defendant has violated various conditions of his release by accessing unauthorized devices, possessing unlawful images, associating with minors, and committing violations of federal, state, or local crimes.

The parties have been in communication with each other and with the United States Probation Officer assigned to this matter. The parties are requesting a continuance in this matter, so that they can discuss a resolution in this matter and possibly reach an agreed upon resolution.

1
2    As such, the parties request that the currently set First Appearance date be vacated, and that
3    this matter be reset as a combined First Appearance and Sentencing on August 1, 2022, at 1:30 p.m.
4
5    IT IS SO STIPULATED.
6
7    Dated:   June 2, 2022
8                                                    JODI LINKER
                                                     Federal Public Defender
9                                                    Northern District of California
10                                                            /S/
                                                     _____
11                                                   SEVERA KEITH
                                                     Assistant Federal Public Defender
12
13   Dated:   June 2, 2022
14                                                   STEPHANIE HINDS
                                                     United States Attorney
15                                                   Northern District of California
16                                                            /S/
                                                     _____
17                                                   STEVE MEYER
                                                     Special Assistant United States Attorney
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO CONTRERAS,<br><br>Defendant. | Case No.: CR 11 -00876 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATION AND TO RESET AS COMBINED FIRST APPEARANCE AND SENTENCING HEARING** |

[PROPOSED] <u>ORDER</u>

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the First Appearance on the Supervised Release violations, shall be continued to August 1, 2022, and reset to a combined First Appearance and Sentencing Hearing.

IT IS SO ORDERED.

Dated: _____

                                                HON. EDWARD J. DAVILA
                                                United States District Judge