1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2
MARTHA BOERSCH (CABN 126569)
3 Chief, Criminal Division

4 WILLIAM J. MIGLER (CABN 318518)
Special Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
   Telephone: (408) 535-5046
7    FAX: (408) 535-5081
   William.Migler@usdoj.gov
8
Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-11-CR-00876-EJD |
|---|---|
| Plaintiff, | ) [FILED DECEMBER 1, 2011] |
| v. | ) |
| SERGIO CASPER CONTRERAS, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) NO. CR-24-00127-PCP |
|---|---|
| Plaintiff, | ) [FILED FEBRUARY 28, 2024] |
| v. | ) NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| SERGIO CASPER CONTRERAS, | ) |
| Defendant. | ) |

     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related.

     Case No. 11-cr-00876-EJD relates to a supervised release violation wherein Defendant Sergio Casper Contreras is alleged to have violated the supervised release term prohibiting him from

NOTICE OF RELATED CASES
U.S. v. CONTRERAS                                                                                                                                              v. 7/10/2018

committing another federal crime.  Specifically, on or about April 6, 2022, Defendant allegedly possessed images and videos constituting child pornography on an unauthorized cellphone, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).  The felony information filed in Case No. 24-cr-00127-PCP charges Defendant under 18 U.S.C. § 2252(a)(4)(B) and (b)(2) with the above-referenced alleged possession of child pornography on or about April 6, 2022.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: February 29, 2024         Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/William J. Migler*
WILLIAM J. MIGLER
Special Assistant United States Attorney